FRANKLIN LUMBER COMPANY, APPELLANT, v. GLOBE IN-
DEMNITY COMPANY, RESPONDENT.

Argued February 3, 1926—Decided June 23, 1926.

On appeal from the Supreme Court, whose opinion is re-
ported *ante, p.* 9.

For the appellant, *Harry A. Augenblick.*

For the respondent, *William B. Harley.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Chief
Justice Gummere in the Supreme Court.

*For affirmance*—TRENCHARD, CAMPBELL, LLOYD, GARD-
NER, McGLENNON, KAYS, HETFIELD, JJ. 7.

*For reversal*—KALISCH, BLACK, WHITE, VAN BUSKIRK,
JJ. 4.